1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12- 2129 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Deborah L. Garcia, aka | |
| Deborah Zagala, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Deborah L. Garcia, aka Deborah Zagala, in the principal amount of $1,496.95 plus interest accrued to February 7, 2012, in the sum of $1,916.96; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $39.00, for a total amount of **$3,452.91**.

DATED: 3/15/2012        By: TERRI NAFISI
                            Clerk of the Court
                            L. RAYFORD
                            Deputy Clerk
                            United States District Court